IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DON JUAN STAPLES, JR.,

        Plaintiff,

v.                                CIVIL ACTION NO. 2:22-cv-00526

JAKE NAVARRO, et al.,

        Defendants.

## JUDGMENT ORDER

In accordance with the accompanying order adopting Magistrate Judge Tinsley's Proposed Findings and Recommendation, the Court **ORDERS** that judgment be entered in favor of the Defendants and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

ENTER:     March 7, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE